

# Fourth Court of Appeals
## San Antonio, Texas

October 3, 2018

No. 04-18-00213-CV

Maria Eugenia **FREEZE**,
Appellant

v.

Erwin Florentino **RAMIREZ**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-15361
Honorable Michael E. Mery, Judge Presiding

# O R D E R

Appellee's brief was due on September 19, 2018. *See* TEX. R. APP. P. 38.6(b). After the due date, Appellee filed an unopposed first motion for an extension of time to file the brief until October 29, 2018. *See id.* R. 10.5(b).

Appellee's motion for extension of time is GRANTED. Appellee's brief is due on October 29, 2018.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court